# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                                 CASE NO. 25-50127-KKS
                                          CHAPTER 13

JEFFERY LAMAR JOHNSON
MELINDA ANITA JOHNSON

_____ Debtors _____ /

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

### NOTICE OF OPPORTUNITY TO
### OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh A. Duncan, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on July 07, 2025.

2. The Debtor(s) has failed to provide monthly operating reports to the Chapter 13 Trustee.  The Debtor(s) also failed to file operating reports in the prior case, 24-50107-KKS.

3. The Debtor(s) has failed to amend the *Chapter 13 Plan* (ECF No. 7) or provide the Trustee with documentation to resolve the *Chapter 13 Trustee's Objection(s) to Confirmation of Plan* (ECF No. 38).

   Therefore, the Debtor(s) has failed to propose a confirmable Plan.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
_____

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED** verifies that a true and correct copy of the foregoing document was

served on the same date that is the date reflected on the electronic filing date on the person or

entities listed below via first class mail, postage prepaid, at the physical address(es) listed below

and/or was served via Notice of Electronic Filing.


JEFFERY LAMAR JOHNSON
3245 BONIFAY CHIPLEY ROAD
BONIFAY, FL  32425

MELINDA ANITA JOHNSON
3245 BONIFAY CHIPLEY ROAD
BONIFAY, FL  32425

YOUNG KIM
ykim@consumerlawattorneys.com


/s/ Leigh A. Duncan
_____

OFFICE OF THE CHAPTER 13 TRUSTEE