# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION
### www.flnb.uscourts.gov

In re:

JEFFERY LAMAR JOHNSON             CASE NO. 25-50127-KKS
MELINDA ANITA JOHNSON           CHAPTER 13

    Debtor.
_____/

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO PROVIDE OPERATING REPORTS AND FAILURE TO FILE A CONFIRMABLE PLAN (DOC. NO. 82)

Undersigned counsel, on behalf of Debtors, **Jeffery Lamar Johnson and Melinda Anita Johnson**, respectfully files this Response to Trustee's Motion to Dismiss Case for Failure to Provide Operating Reports and Failure to File a Confirmable Plan (Doc No. 82), and in support thereof, states as follows:

1. That on or about July 07, 2025, Debtor filed a Voluntary Petition for Relief under Chapter 13 of Title 11, United States Code (the "Petition").

2. That the 341 Meeting was held and concluded on August 154 2025.

3. That on/or before December 29, 2025 a Motion to Dismiss Case for Failure to Provide Operating Reports and Failure to File a Confirmable Plan (Doc No. 82) was filed by the Trustee.

4. That the Debtors need additional time to prepare the Operating Reports and file the Confirmable Plan.

WHEREFORE, **Jeffery Lamar Johnson and Melinda Anita Johnson** respectfully request an Order Denying Trustee's Motion to Dismiss Case for Failure to Provide Operating Reports and Failure to File a Confirmable Plan and granting such other and further relief as the Court deems just and proper.

Dated: January 20, 2026

                                         **CONSUMER LAW ATTORNEYS**

                                         /s/ *Young Kim*
                                         Young Kim, Esq.
                                         2727 Ulmerton Rd., Ste. 270
                                         Clearwater, FL 33762
                                         T: (877) 241-2200
                                         F: (727) 623-4611
                                         E: ykim@consumerlawattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before January 20, 2026, a true and correct copy of this Response was served via CM/ECF to those parties registered to received electronic notice and by First Class U.S. Mail to those listed in the attached Mailing Matrix.

**CONSUMER LAW ATTORNEYS**

By: */s/ Young Kim*_____
Young Kim, Esq.
FBN: 122202
2727 Ulmerton Rd., Suite 270
Clearwater, FL 33762
Ph: 877-241-2200
Fax: 727-623-4611
ykim@consumerlawattorneys.com
Attorney for Debtor

```
Label Matrix for local noticing          Community South Credit Union            DIRECTV, LLC by AIS InfoSource LP as agent
1129-5                                    Heckman Law Group                       4515 N Santa Fe Ave
Case 25-50127-KKS                         c/o Chad Heckman                        Oklahoma City, OK 73118-7901
Northern District of Florida              PO Box 12492
Panama City                               Tallahassee, FL 32317-2492
Tue Jan 20 13:15:59 EST 2026

Internal Revenue Service                  Santander Bank, N.A. as servicer for Santand   The Bank of New York Mellon FKA The Bank of
111 North Adams St.                       Burr Forman LLP                         Diaz Anselmo & Associates, P.A.
4th Floor                                 50 N Laura Street                       P.O. BOX 19519
Tallahassee, FL 32301-7730                Suite 3000                              Fort Lauderdale, FL 33318-0519
                                          Jacksonville, FL 32202-3658

AT&T Enterprises, LLC                     AT&T Enterprises, LLC                   AT&T Services, Inc.
1 AT&T Way, Room 3A104                    4515 N Santa Fe Ave                     by AIS InfoSource LP as agent
Bedminster, NJ 07921-2693                 Oklahoma City, OK 73118-7901            Karen Cavagnaro. Esq.
                                                                                  1 AT&T Way, Room 3A104
                                                                                  Bedminster, NJ 07921-2693

Affirm Inc                                Affirm, Inc                             Ally
633 Folsom St Fl 7                        650 California Street                   PO Box 380901
San Francisco, CA 94107-3618              San Francisco, CA 94108-2716            Bloomington, MN 55438-0901


Bank of America                           Bank of America                         Bank of America
100 N Tryon St                            475 Crosspoint Pkwy                     P.O. Box 982238
Charlotte, NC 28202-4036                  Getzville, NY 14068-1609                El Paso, TX 79998-2238


Barclays Bank Delaware                    Barclays Bank Delaware                  Barclays Bank Delaware
1007 N Orange St                          P.O. Box 8803                           PO Box 26182
Wilmington, DE 19801-1239                 Wilmington, DE 19899-8803               Wilmington, DE 19899-6182


Bk Of Amer                                Capital One                             Capital One
450 American St                           1680 Capital One Dr.                    PO Box 30285
Simi Valley, CA 93065-6285                McLean, VA 22102-3407                   Salt Lake City, UT 84130-0285


Capital One                               Capital One/Kohls                       Capital One/Walmart
PO Box 85064                              PO Box 3115                             PO Box 31293
Glen Allen, VA 23058                      Milwaukee, WI 53201-3115                Salt Lake City, UT 84131-0293


(p)CITIZENS BANK N A                      Community South CU                      Community South Credit Union
ATTN BANKRUPTCY TEAM                      1044 Highway 90                         1044 Highway 90
ONE CITIZENS BANK WAY                     Chipley, FL 32428-2162                  Chipley, FL 32428-2162
JCA115
JOHNSTON RI 02919-1922


Community South Credit Union              Community South Credit Union            Community South Credit Union
1447 Main St                              PO Box 623                              c/o Heckman Law Group
Chipley, FL 32428-6956                    Chipley, FL 32428-0623                  PO Box 12492
                                                                                  Tallahassee, FL 32317-2492
```

Credit One Bank, N.A.
6801 S Cimarron Rd.
Las Vegas, NV 89113-2273

Credit One Bank, N.A.
PO Box 98872
Las Vegas, NV 89193-8872

Credit One Bank, N.A.
PO Box 98875
Las Vegas, NV 89193-8875

Directv, LLC
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Directv, LLC
PO Box 5072
Carol Stream, IL 60197-5072

Directv, LLC
by AIS InfoSource LP as agent
PO Box 5072
Carol Stream, IL 60197-5072

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DownHome Dental Center
699 2nd Street
Chipley, FL 32428-1454

First Federal Bank
701 S Howard Ave STE 106
Tampa, FL 33606-2473

First Premier
900 Delaware Suite 7
Sioux Falls, SD 57104-0337

First Premier Bank
500 S. Minnesota Ave
Sioux Falls, SD 57104-6818

Florida Power & Light
4200 W FLAGLER ST
RRD/LFO BKY
CORAL GABLES, FL 33134-1606

Florida Power and Light
4200 W Flagler Street
Miami, FL 33134-1606

Heckman Law Group
PO Box 12492
Tallahassee, FL 32317-2492

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kapitus Servicing, Inc
120 W 45th St, 4th Floor
New York, NY 10036-4041

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

LVNV Funding, LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lewis, Brackin, Flowers and Johnson
265 West Main Street
Dothan, AL 36301-1627

Marianna Finance
4404 A Lafayette S
Marianna, FL 32446-3309

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 650840
Dallas, TX 75265-0840

NewRez, LLC d/b/a Shellpoint Mortgage Servic
PO Box 10826
Greenville, SC 29603-0826

PeopleSouth Bank
203 Crawford Street
Colquitt, GA 39837-3903

Peopsouth
203 Crawford St
Colquitt, GA 39837-3903

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Santander Bank, N.A.; as
servicer for Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer USA, Inc
8585 N Stemmons Fwy., Suite 1100-N
Dallas, TX 75247-3822

Santander Consumer USA, Inc
9750 Goethe Road
Sacramento, CA 95827-3500

Santander Consumer USA, Inc
PO Box 560284
Dallas, TX 75356-0284

Santander Consumer USA, Inc
PO Box 961245
Fort Worth, TX 76161-0244

Select Portfolio Servicing, ,Inc
PO Box 6500
Sioux Falls, SD 57117-6500

Select Portfolio Servicing, Inc
PO Box 65277
Salt Lake City, UT 84165-0277

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Southeast Cardiology Clinic, Inc
4230 Hospital Dr.
Marianna, FL 32446-1934

Synchrony Bank/JCP
4125 Windward Plaza
Alpharetta, GA 30005-8738

Synchrony Bank/JCPennys
PO Box 71729
Philadelphia, PA 19176-1729

Synchrony Bank/Lowes
PO Box 530914
Atlanta, GA 30353-0914

Synchrony Bank/Lowes
PO Box 981400
El Paso, TX 79998-1400

Synchrony Bank/Nautica
PO Box 981439
El Paso, TX 79998-1439

Synchrony Bank/QVC
P.O. Box 965012
Orlando, FL 32896-5012

Synchrony Bank/Sams Club
PO Box 29116
Shawnee Mission, KS 66201

Synchrony Bank/Walmart
PO Box 103027
Roswell, GA 30076

The Bank of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon, et al.
NewRez LLC, et al.
Bankruptcy Department
PO Box 10826
Greenville SC 29603-0826

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank Trust National Association
PO Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Verizon
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon
One Verizon Pl
Alpharetta, GA 30004-8510

Verizon
PO Box 4457
Houston, TX 77210-4457

W.S. Badcock, LLC
2445 Technology Forest Blvd., Suite 800
Spring, TX 77381-5258

W.S. Badcock, LLC
PO Box 497
Mulberry, FL 33860-0497

W.S. Badcock, LLC
PO Box 724
Mulberry, FL 33860-0724

Jeffery Lamar Johnson
3245 Bonifay Chipley Road
Bonifay, FL 32425-5909

| | | |
|---|---|---|
| (p)LEIGH A  DUNCAN<br>ATTN CHAPTER 13 BANKRUPTCY TRUSTEE<br>P O BOX 646<br>TALLAHASSEE FL 32302-0646 | Melinda Anita Johnson<br>3245 Bonifay Chipley Road<br>Bonifay, FL 32425-5909 | Young Kim<br>Consumer Law Attorneys<br>2727 Ulmerton Road<br>suite 270<br>Clearwater, FL 33762-3368 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank NA<br>480 Jefferson Blvd<br>Warwick, RI 02886 | Discover Card<br>PO Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>400 W Bay Street, M/S 5730<br>Jacksonville, FL 32202 |
| Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302 | (d)Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Leigh A. Duncan<br>Leigh A. Duncan<br>Post Office Box 646<br>Tallahassee, FL 32302 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon FKA The Bank o | (u)U.S. Bank Trust National Association | End of Label Matrix<br>Mailable recipients    92<br>Bypassed recipients     2<br>Total                  94 |