FORM nhgnrlp (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
### Panama City Division

| | |
|---|---|
| In Re: Jeffery Lamar Johnson<br>aka Jeffery L. Johnson, aka Jeffery Johnson, aka Melinda Johnson<br>SSN/ITIN: xxx–xx–7246<br>  Debtor | Bankruptcy Case No.: 25–50127–KKS |
| Melinda Anita Johnson<br>aka Melinda A. Johnson<br>SSN/ITIN: xxx–xx–0145<br>  Joint Debtor | Chapter: 13<br>Judge: Karen K. Specie |

## Notice of Non–Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on March 12, 2026, at 01:30 PM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

*82* – Motion to Dismiss Case for Failure to Provide Operating Reports and Failure to File a Confirmable Plan Filed by Leigh A. Duncan on behalf of Leigh A. Duncan ECF Calculated Deadline: 01/19/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Duncan, Leigh)

Dated: January 23, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Leigh Duncan shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.